UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that a 3-day jury trial is set for **Monday, July 7, 2008, at 9:00 a.m. in courtroom A-1002.** It is

    FURTHER ORDERED that counsel shall contact chambers to set motions deadlines and a final trial preparation conference if necessary.

    Dated this 13th day of May, 2008.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     U. S. District Judge