UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      As a result of the mandate issued by the United States Court of Appeals for the Tenth Circuit, a Status Conference is set in this matter for Monday, February 22, 2010 at 11:00 a.m.

      Dated:  January 27, 2010.