UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Due to a conflict with the Court's schedule, the status hearing scheduled for Tuesday, February 23, 2010 at 11:00 a.m. is continued to **Thursday, February 25, 2010 at 11:00 a.m.**

      Dated:  February 18, 2010.