UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The status hearing scheduled for Thursday, February 25, 2010 at 11:00 a.m. is continued to **Friday, February 26, 2010 at 2:00 pm.**

    Dated: February 22, 2010.