UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A status hearing is scheduled for **Wednesday, March 24, 2010 at 9:00 am.**

      Dated: February 26, 2010.