IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce TOBIAS LEO AGUIRRE before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

DATED at Denver, Colorado, this 12th day of March, 2010.

                                                          BY THE COURT:

                                                          *s/Craig B. Shaffer*
                                                          Craig B. Shaffer
                                                          United States Magistrate Judge