UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a trial setting, the re-sentencing hearing set for Thursday, April 15, 2010, at 10:00 a.m., in Courtroom A-1002 will not start until 11:30 a.m.

    Dated: April 14, 2010.