UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOBIAS LEO AGUIRRE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    By agreement of the parties, the re-sentencing hearing is set for **Friday, April 16, 2010, at 9:00 a.m.**

    Dated: April 14, 2010.