**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00514-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TOBIAS LEO AGUIRRE

        Defendant.

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

      THIS MATTER is before the Court on the report of the probation officer regarding the Petition for issuance of Summons to Appear at a Modification Hearing filed on January 28, 2015, and the Court now being advised that the defendant is currently in the custody of the Colorado Department of Corrections for a period of six months. Accordingly, it is

      ORDERED that the Petition on Supervised Release be dismissed at this time.

      DATED at Denver, Colorado, this <u>10th</u> day of March, 2015.

                          BY THE COURT:

                          <u>s/ Wiley Y. Daniel</u>
                          Wiley Y. Daniel
                          Senior United States District Judge